HANOVER OPERATING CORPORATION v. IDEAL SIGN Co., INC., Impleaded with ORANGE COUNTY THEATRES, INC.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of NATHAN LOBEL and Others, as Executors, etc., of WALTER P. TAUSICK, Deceased. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

JOSEPH VON VASS and Another v. WILLIAM H. COVERDALE and Others. GEORGE O. LASZLO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EUGENE SZOLD, M. D., v. OUTLET EMBROIDERY SUPPLY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 865.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MICHAEL PAVLOVICH KOSOLAPOFF v. PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GOODHUE LIVINGSTON v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the HENRY PHIPPS ESTATE for a Peremptory Order of Mandamus against PAUL MOSS, Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. · Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSEMARY W. PATTERSON v. ROGER W. PATTERSON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BIAGIO AMALFI v. POST & McCORD and HEGEMAN-HARRIS Co., INC., Impleaded, etc.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant Hegeman-Harris Co., Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.